**Order entered October 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01364-CV

**MUAMAR ANANI, HANADI ANANI, BIG D CONCRETE, INC., AND ANANI, LLC, Appellants**

**V.**

**JOSEPH ABUZAID, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09866-D**

## ORDER

Before the Court is Appellants Muamar Anani, Hanadi Anani, Big D Concrete, Inc., and Anani LLC's Motion to Reinstate. Appellants indicate that appellee Joseph Abuzaid opposes reinstatement of the appeal.

Appellee Joseph Abuzaid shall file a response, if any, to appellants' Motion to Reinstate By November 2, 2018.

/s/    DAVID J. SCHENCK
       JUSTICE